**William H. Jones, appellee, v. The County Board of the County of Logan in the State of Illinois, appellant. Gen. No. 7,976.**

Petition for mandamus to compel issuance of dance hall license. Writ granted. Appeal from the Circuit Court of Logan county; the

Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded with directions. Opinion filed November 6, 1926.

Evan Worth, State's Attorney, and Miller & Miller, for appellant. Peter Murphy and Harold F. Trapp, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.